07/05/01 TRANSFER-ADJUSTMENT-FORFEITURE REPORT 1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| ************** | | | | | |
| | | | SCRANTON | | |
| 80300229201. | 07/03/01 | 5100PL | | 0 | -18.72 |
| 80300229202. | 07/03/01 | 5100PL | | 0 | 18.72 |
| 80300229301. | 07/03/01 | 086900 | | 0 | -5.00 |
| 80300229302. | 07/03/01 | 322350 | | 0 | 5.00 |
| | | | | DIVISION TOTAL | 0.00 |

(8) 7/12/01

FILED SCRANTON JUL 12 2001 PER DEPUTY CLERK

2292-2 $18.72 1:01-296 VARGAS

TRANSFERRED FROM 1:00-2040

PER ORDER OF COURT JUDGE CALDWELL