ORIGINAL

(12)

1-9-01

FILED
HARRISBURG
JAN 8 - 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

1.

To whom it may concern

I have been transferred to SCI Somerset at 1600 Walters Mill Road, Somerset, P.A 15510 I have a Civil Suit against James Morgan ~~[scratched out]~~ My Case # is 1:00-CV-02040 Judge Assigned me is William W. Cald- in Harrisburg US Dis- court House

Sincerely Yours

Gregorio A. Vargas

J. Caldwell