00 CV 2040

(13)
3/2/01
TS
Caldwell/Schreka

```
Thu Mar  1 10:34:11 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.    333 82842
Cashier        tanya

Tender Type  CHECK

Check Number: 54616

Transaction Type   AR

DØ Code    Div No     Acct
4667        3         5100PL

Amount         $      2.88

SCI SOMERSET 1590 WALTERS MILL RD. S
OMERSET, PA 15510

PARTIAL FILING FEE 00-CV-2040 GREGOR
IO VARGAS
```

**FILED
SCRANTON

MAR 0 1 2001**

cn
Thu Mar  1 10:34:11 200)
                PER
Check No. 54616    DEPUTY CLERK
Amount$    2.88
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667