00CV 2040

14
4/6/01
TS
Caldwell/M.S.



Fri Apr  6 11:03:50 2001

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 83258
Cashier       tanya

Tender Type  CHECK

Check Number: 55677

Transaction Type   AR

DB Code    Div No    Acct
 4687        3       5100PL

Amount          $    9.00

SCI SOMERSET 1590 WALTERS MILL RD SO
MERSET, PA 15510

PARTIAL FILING FEE 00-CV-2040 GREGOR
IO VARGAS


CP