00CV2040

(15)
4/23/0
TJ
Caldwell/m

```
Mon Apr 23 11:16:38 2001

    UNITED STATES DISTRICT COURT

       SCRANTON      , PA

Receipt No.   333 83435
Cashier       tanya

Tender Type  CHECK

Check Number: 56166

Transaction Type   AR

DO Code    Div No     Acct
 4667        3       5100PL

Amount              $    2.28

SCI SOMERSET 1590 WALTERS MILL RD SO
MERSET, PA 15510

PARTIAL FILING FEE 00-CV-2040 GREGOR
IO VARGAS


   cn
```