16
dm
5-21-01

1:00cv2040

```
Mon May 21 14:02:34 2001

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.  333 83767
Cashier      rich

Tender Type  CHECK

Check Number: 57047

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       5100PL

Amount              $    4.56

GREGORY VARGAS  SCI-SOMERSET
SOMERSET, PA  15510

PARTIAL FILING FEE - CV-00-2040


cn
Mon May 21 14:02:34 2001

Check No. 57047
Amount$     4.56
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

FILED
SCRANTON

MAY 21 2001

PER  dm
DEPUTY CLERK