1:00CV2040 

Km
10/26/01

```
Tue Oct  9 14:04:48 2001

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   333 85439
Cashier       rich

Tender Type   CHECK

Check Number: 60543

Transaction Type   AR

DO Code    Div No    Acct
 4667        3       5100PL

Amount            $    7.60

GREGORIO VARGAS       SCI-SOMERSET
SOMERSET, PA  15510

PARTIAL FILING FEE - CV-00-2040
```

1:00CV2040

```
cn
Tue Oct  9 14:04:48 2001

Check No. 60543
Amount$    7.60
Pay any Federal Reserve Bank or
General Depository for credit to

United States Treasury Symbol 4667
```