1:00CV2040 (21)

(Termed) - CFR

KM
11/13/01

```
Mon Nov  5 11:54:25 2001

      UNITED STATES DISTRICT COURT
          SCRANTON     , PA

Receipt No.    333 85740
Cashier        rich

Tender Type   CHECK

Check Number: 61248

Transaction Type   AR

DO Code    Div No     Acct
4667         3        5100PL

Amount           $      6.08

SCI SOMERSET 1590 WALTERS MILL RD SO
MERSET, PA 15510

PARTIAL FILING FEE GREGORIO VARGAS O
0-CV-2040




cn

Mon Nov  5 11:54:09 2001

Check No. 61248
Amount$    6.08
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```