```
Mon Feb  4 14:21:15 2002

UNITED STATES DISTRICT COURT

       SCRANTON     , PA

Receipt No.   333 86799
Cashier       rich

Tender Type  CHECK

Check Number: 63597

Transaction Type   AR

DW Code    Div No    Acct
4667         3       510OPL

Amount              $    7.68

SCI SOMERSET 1590 WALTERS MILL RD S#
MERSET, PA 15510

PARTIAL FILING FEE GREGORIO VARGAS 0
0-CV-2040




       bn

Mon Feb  4 14:21:15 2002

Check No. 63597
Amount$   7.68
Pay any Federal Reserve Bank or
General D  sitory for credit to
United St  es Treasury Symbol 4667
```

CFR    (24)
        W
        2/4/02

1:00CV 2040

TERMED