```
Mon Mar  4 13:00:09 2002

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.   333 87166
Cashier            sylviam

Tender Type  CHECK

Check Number: 64437

Transaction Type   AR

DØ Code    Div No     Acct
 4667        3       S100PL

Amount           $      7.68

SCI SOMERSET

PARTIAL FF VARGAS 00CV2040


bn

Mon Mar  4 13:00:09 2002

Check No: 64437
Amount:     7.68
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

(25)

3/5/02

1:00CV 2040

TERMED