00-2040

Termed — CFR  KM
4/9/02

(26)

Mon Apr 8 14:51:26 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 87583
Cashier       tanya

Tender Type  CHECK

Check Number: 65462

Transaction Type   AR

DØ Code    Div No     Acct
4667       3          5100PL

Amount              $    13.00

SCI SOMERSET 1580 WALTERS MILL RD SOMERSET, PA 15510

PARTIAL FILING FEE 00-CV-2040 GREGORIO VARGAS

FILED
SCRANTON

APR 0 8 2002

PER _____
        DEPUTY CLERK