```
Mon May  6 15:32:48 2002

UNITED STATES DISTRICT COURT
SCRANTON          , PA

Receipt No.   333 87948
Cashier        rich

Tender Type  CHECK

Check Number: 66396

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount              $    9.50

GREGORY VARGAS / SCI-SOMERSET
SOMERSET, PA  15510

PARTIAL FILING FEE - CV-00-2040
```

1:00 CV 2040

cn
Mon May  6 15:32:48 2002
Check No. 66396
Amount    9.50
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4067

(27)
5/7/02

1:00 CV 2040

TERMED