00 – 2040

28
IM
7/2/02

```
Mon Jul  1 14:02:09 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 88606
Cashier       tanya

Tender Type   CHECK

Check Number: 67920

Transaction Type   AR

DO Code    Div No    Acct
4667       3         5100PL

Amount        $      2.74

SCI SOMERSET 1590 WALTERS MILL RD SO
MERSET, PA 15510

PARTIAL FILING FEE GREGORIO VARGAS 0
0-CV-2040
```

FILED
SCRANTON
JUL 0 1 2002
PER _____
DEPUTY CLERK

1:00CV 2040

TERMED