```
Mon Oct 28 11:04:47 2002

UNITED STATES DISTRICT COURT
     SCRANTON      , PA

Receipt No.   333 89967
Cashier        gina

Check Number: 71541

DO Code    Div No
 4667        3

Sub Acct Type Tender      Amount
1:5100PL   AR    2          1.76
2:0869PL   AR    2          2.55

Total Amount         $      4.31

SCI, 1590 WALTERS MILL ROAD, SOMERSE
T, PA  15510-0001

PARTIAL CASE FF/ 00-2040/VARGA
```

29
10/28/02

00-2040

TERMED

1:00 CV 2040

**FILED**
**SCRANTON**

OCT 2 8 2002

Per_____
   DEPUTY CLERK