```
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

Tue Nov 26 10:55:20 2002

UNITED STATES DISTRICT COURT
   SCRANTON     , PA

Receipt No.   333 90301
Cashier        gina

Tender Type  CHECK

Check Number: 72305

Transaction Type   AR

DO Code    Div No     Acct
 4667        3        0869PL

Amount           $    3.84

SCI, SOMERSET, PA   15510-0001

PART FF/00-2040/VARGAS




cn
Tue Nov 26 10:55:20 2002
Check No. 72305
Amount$   3.84
Pay any Federal Reserve Bank
```

1:00CV2040

Termed - CFR KM
11/27/02

(30)