```
General depository for credit to
United States Treasury Symbol 4067

Fri Dec 13 13:21:24 2002

UNITED STATES DISTRICT COURT
    SCRANTON    , PA

Receipt No.    333 90503
Cashier        gina

Tender Type   CHECK

Check Number: 72786

Transaction Type   AR

D0 Code    Div No     Acct
4667         3       0869PL

Amount            $    6.00

SCI, SOMERSET, PA   15510

PART FF/00-2040/VARGAS


cn
Fri Dec 13 13:21:24 2002

Check No   72786
Amount      6.00
```

31
12/19/02

1:00 CV 2040

TERMED

**FILED**
SCRANTON

DEC 1 3 2002

Per_____
     DEPUTY CLERK