```
Mon Dec 23 13:21:26 2002

UNITED STATES DISTRICT COURT
   SCRANTON      , PA
Receipt No.    333 90597
Cashier        gina

Tender Type   CHECK

Check Number: 72967

Transaction Type   AR

D0 Code    Div No    Acct
 4667        3       0869PL

Amount          $      3.89

SCI, SOMERSET, PA

PART FF/00-2040/VARGAS
```

32
1/2/03

00-2040

1:00CV2040

TERMED

FILED
SCRANTON
DEC 2 ...

Per_____
   DEPUTY