General Depository for credit to
United States Treasury Symbol 60

Mon Jan 27 13:11:01 2003

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 90926
Cashier       gina

Tender Type   CHECK

Check Number: 73883

Transaction Type   AR

| D0 Code | Div No | Acct |
|---------|--------|--------|
| 4667    | 3      | 0869PL |

Amount              $   4.01

SCI, SOMERSET, PA

PART FF/00-2040/VARGAS

Mon Jan 27 13:11:01 2003

Check No. ...
Amount ...
...

(33)
1/30/03

00-2040

1:00CV2040

Termed

**FILED**
SCRANTON

JAN 2 7 2003

Per_____
      DEPUTY CLERK