General Depository for credit to
United States Treasury Symbol 4667

Wed Feb 26 11:24:27 2003

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.  333 91231
Cashier      gina

Tender Type CHECK

Check Number: 74711

Transaction Type  AR

| DO Code | Div No | Acct |
|---------|--------|------|
| 4667 | 3 | 0869PL |

Amount          $     3.26

SCI, SOMERSET, PA  15510-0001

PART FF/00-2040/GREGORIO VARGA

Wed Feb 26 11:24:27 2003

Check No. 74711
Amount$    3.26

00-2040

34

W

2/26/0

1:00 CV2040
Termed

**FILED**
**SCRANTON**

FEB 2 6 2003

Per_____
DEPUTY CLERK