**FILED**
**SCRANTON**

APR 1 6 2003

Per_____
    DEPUTY CLERK

00-2040

```
Wed Apr 16 13:10:54 2003

UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.   333 91743
Cashier          pim

Tender Type   CHECK

Check Number:  76325

Transaction Type   AR

BU Code    Div No      Acct
 4667        3        0869PL

Amount            $    6.00

SCI, SOMERSET, PA

PART FF/00-2040/GREGORIO VARGAS


cn
```