00-2040

Wed May 7 13:55:52 2003

UNITED STATES DISTRICT COURT

SCRANTON , PA

Receipt No.   333 91980
Cashier       gina

Tender Type  CHECK

Check Number: 76831

Transaction Type   AR

| DO Code | Div No | Acct |
|---------|--------|------|
| 4667    | 3      | 086901 |

Amount              $    2.51

SCI, SOMERSET, PA 15510-0001

PART FF/00-2040/VARGAS

cn

FILED
SCRANTON
MAY 0 7 2003
Per_____
DEPUTY CLERK