00-2040

```
Mon May 12 11:42:06 2003

     UNITED STATES DISTRICT COURT

       SCRANTON    , PA

   Receipt No.   333 92022
   Cashier       gina

   Tender Type  CHECK

   Check Number: 77018

   Transaction Type   AR

   DO Code    Div No      Acct
   4667        3         0869PL

   Amount              $    2.83

   SCI, SOMERSET, PA  15510-0001


   PART FF/00-2040/GREGORIO VARGAS




        cn
```

FILED
SCRANTON

MAY 1 2 2003

Per_____
DEPUTY CLERK