00-2040

```
Tue May 27 14:55:04 2003

   UNITED STATES DISTRICT COURT

      SCRANTON      , PA

Receipt No.  333 92162
Cashier         nina

Tender Type  CHECK

Check Number: 77566

Transaction Type  AR

BU Code   Div No    Acct
 4667       3      08690L

Amount            $    1.83

SCI. SOMERSET,PA

PART FF/00-2040/GREGORY VARGAS



cw
```

FILED
SCRANTON

MAY 2 7 2003

Per_____
    DEPUTY CLERK